IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>OSWALDO NERI,<br><br>                    Defendant. | **8:21CR13**<br><br>**ORDER** |

THIS MATTER is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Oswaldo Neri (Filing No. 61). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Oswaldo Neri. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 61) will be granted.

Julie B. Hansen shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Oswaldo Neri's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

IT IS SO ORDERED.

Dated this 11th day of August, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge