IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OSWALDO NERI,<br><br>        Defendant. | 8:21CR13<br><br>**ORDER** |

    On September 2, 2022 the court held a hearing on the sealed amended motion of Chinedu Igbokwe to withdraw as counsel for the defendant, Oswaldo Neri (Filing No. 146). Chinedu Igbokwe represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Chinedu Igbokwe's sealed amended motion to withdraw (Filing No. 146). The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and re-appointed the Federal Public Defender to represent Defendant.

    Julie B. Hansen, of the Federal Public Defender's office, is re-appointed to represent Oswaldo Neri for the balance of these proceedings pursuant to the Criminal Justice Act. Chinedu Igbokwe shall forthwith provide Julie B. Hansen any discovery materials provided to the defendant by the government and any such other materials obtained by Chinedu Igbokwe which are material to Oswaldo Neri's defense.

    The clerk shall provide a copy of this order to Julie B. Hansen.

    **IT IS SO ORDERED.**

    Dated this 6th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge