IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>OSWALDO NERI, and JESSE NERI,<br><br>Defendants. | 8:21-CR-13<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

This matter is before the Court on the Request for Transcript filed by nonparty Joseph L. Howard. Filing 174. The request for a transcript is granted. Because Mr. Howard intends to use the transcript during his client's appeal for whom he has been appointed counsel under the Criminal Justice Act (CJA), the transcript will be paid for out of CJA funds. *See* 18 U.S.C. § 3006A; 28 U.S.C. § 753(f). Accordingly,

IT IS ORDERED that the Request for Transcript, filed by nonparty Joseph L. Howard, Filing 174, is granted.

Dated this 14th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge